ROBERT H. NUNNALLY, JR. SBN 134151
robert@wnrlaw.com
WISENER NUNNALLY ROTH, LLP
245 Cedar Sage, Suite 240
Garland, Texas 75040
Telephone: (972) 530 2200
Facsimile:  (972) 530 7200
Attorneys for CDK Global, LLC, successor in interest
to ADP Dealer Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Performance Chevrolet, Inc., | : Case No.: 2:14-cv-02738-TLN-AC |
|  | : |
| Plaintiffs, | : **ORDER GRANTING AMENDED** |
|  | : **UNOPPOSED REQUEST TO SEAL** |
| vs. | : **CERTAIN DOCUMENTS** |
|  | : **ATTACHED AS EXHIBITS TO THE** |
| ADP Dealer Services, Inc. | : **PLEADINGS FILED BY ADP** |
|  | : **DEALER SERVICES, INC., NOW** |
|  | : **KNOWN AS CDK GLOBAL, LLC** |
|  | : |
| Defendant. | : |
| _____ | : |
|  | : |
|  | : |
|  | : |

On this day the Court considered the Amended Unopposed Request to Seal Certain Documents attached as Exhibits to the Pleadings filed by ADP Dealer Services, Inc., now known as CDK Global, LLC, in this case. The Court considered the moving papers and evidence. The Court GRANTS the request and orders that the Clerk seal pages 18-39 of Document No. 8-1, 9-1, and 15-1 previously filed in this case.

So ordered.

Signed this 18th day of March, 2015

_____
Troy L. Nunley
United States District Judge